HUGH PRATHER, TRADING AS HUGH PRATHER COMPANY v. SHAW PAINT AND WALLPAPER COMPANY.

(Filed 9 October 1963.)

APPEAL by plaintiff from *Froneberger, J.,* March 25, 1963 Regular "B" Civil Term, MECKLENBURG Superior Court.

The plaintiff instituted this civil action to recover from the defendant $8,049.90 alleged to be due for certain work done and materials furnished over and above those provided for and specified in a certain written contract dated April 14, 1958. The plaintiff alleged that additional work was done and additional materials were furnished under a subsequent parol contract between the parties. After a lengthy hearing the jury found the parties did not enter into a supplemental contract as alleged by the plaintiff. From judgment

that the plaintiff recover nothing and pay the costs, he excepted and appealed.

*B. Kermit Caldwell, for plaintiff appellant.*
*Helms, Mulliss, McMillan & Johnston, by James B. McMillan, for defendant appellee.*

PER CURIAM. The written contract of April 14, 1958, was stipulated. The defendant paid in full the amount provided for in the written contract.

The plaintiff based his claim on what he alleged to be a subsequent parol contract which the defendant denied. On the issues submitted, the jury found that the parties did not enter into any parol agreement. Error does not appear in any matter material to that issue. The jury's finding settled the dispute in favor of the defendant.

No error.